**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2372

JERRY A. HURST,

 Plaintiff - Appellant,

 v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; MARTY A.
HARBIN, in his individual and representative capacity; DAVID
L. JONES, in his individual and representative capacity;
MARSHALL MAJOR, in his individual and representative
capacity; JOHN D. MCGAVIN, in his individual and
representative capacity,

 Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (1:08-cv-02907-WMN)

Submitted: April 23, 2009      Decided: April 29, 2009

Before MICHAEL and DUNCAN, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Jerry A. Hurst, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

 [*] The opinion is filed by a quorum of the panel pursuant to
28 U.S.C. § 46(d) (2006).

PER CURIAM:

Jerry A. Hurst appeals from the district court's order dismissing his complaint against State Farm Mutual Automobile Insurance Company and its agents as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hurst v. State Farm Mut. Auto. Ins. Co., No. 1:08-cv-02907-WMN (D. Md. Nov 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED